UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.  CV–15–3305–MWF(JEMx)                          Date:  July 2, 2015
Title:    Ritu Bala, et al. -v- Bank of America, N.A., et al.

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Chery Wynn | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**  ORDER DENYING AS MOOT MOTION TO DISMISS [8]

On June 9, 2015, Defendants BAC Home Loans Services, L.P. Bank of America, N.A., and Recontrust Company, N.A. filed a Motion to Dismiss Plaintiff's Complaint.  (Docket No. 8).  On June 29, 2015, Plaintiff filed as of right a First Amended Complaint (Docket No. 12), which supersedes the original Complaint.  Fed. R. Civ. P. 15(a)(1)(B).

Defendants' pending Motion to Dismiss is therefore **DENIED AS MOOT**.  Defendants shall file their response, which may be another motion to dismiss, on or before **July 13, 2015.**  If Defendants intend to file another motion to dismiss, they are reminded of their obligation to hold a conference of counsel, pursuant to Local Rule 7-3.

**IT IS SO ORDERED.**