UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 15-3305-MWF(JEMx)**                                     Dated: **August 10, 2015**

Title:      Ritu Bala, et al. *-v-* Bank of America, N.A., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Cheryl Wynn | Lisa Gonzalez |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Ritu Bala, *pro se*                                                 Neeru Jindal
Ajay Sood, *pro se*


PROCEEDINGS:   MOTION TO DISMISS CASE [15]

   The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

   Case called, and plaintiffs, and counsel state their appearances.  The Court hears oral argument from counsel and takes the matter under submission.  An order will issue.




                                                                               Initials of Deputy Clerk   cw
                                        -1-                                    :  16  min